UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GE HEALTHCARE BIO-SCIENCES AB, GE HEALTHCARE BIO-SCIENCES CORPORATION, and GENERAL ELECTRIC COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>Defendant. | Civil Action No. 14-CV-7080 (LTS)<br><br>Hon. Laura Taylor Swain<br><br>**ORAL ARGUMENT REQUESTED** |

### PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65 and 35 U.S.C. § 283, Plaintiffs GE Healthcare Bio-Sciences AB ("Bio-Sciences AB"), GE Healthcare Bio-Sciences Corporation ("Bio-Sciences Corp.") and General Electric Company ("General Electric Co.") (collectively, "GE" or "Plaintiffs"), hereby move this Court for a preliminary injunction against Bio-Rad Laboratories, Inc. ("Bio-Rad"), enjoining Bio-Rad from making, using, selling, offering for sale, or importing into the United States its Next Generation Chromatography ("NGC") system or any other imitation thereof that likely infringes U.S. Patent No. 8,821,718 (the "'718 patent"), entitled "Automated Fluid Handling System," which was duly issued by the U.S. Patent and Trademark Office on September 2, 2014 to Johan Blomberg and Mats Lundkvist and assigned to Bio-Sciences AB.

GE is likely to succeed on the merits of the claims it asserted in its complaint, and will be irreparably harmed without an Order enjoining Bio-Rad.  Further, the balance of hardship weighs in favor of GE, and it is in the public interest to enjoin Bio-Rad, as requested.

In support of this Motion, GE submits herewith the accompanying Memorandum of Points and Authorities, the supporting declarations of Jennifer Sklenar, Nigel Darby, and Carl Scandella, Ph.D., and all other pleadings, relevant evidence of record, and argument as the Court shall permit.

Pursuant to Rule A(2)(b)(ii) of the Court's Individual Practices Rules, and as more fully detailed in the Declaration of Jennifer Sklenar in Support of Plaintiffs' Motion for Preliminary Injunction ("Sklenar Decl."), counsel for GE certifies that, on September 2, 2014, counsel for GE sent a letter via certified mail to John J. Cassingham, patent counsel for Bio-Rad, advising Bio-Rad:  (i) that the '718 patent had issued; (ii) that GE had filed suit against Bio-Rad in this Court on September 2; and (iii) that the basis of GE's allegations was that Bio-Rad infringed the '718 patent by making, using, providing, offering to sell, and/or selling its NGC system.  *See* Sklenar Decl. ¶ 16 & Ex. O.  Counsel for GE requested that Bio-Rad immediately cease all manufacture, marketing and sales of the NGC system and agree to refrain from making, marketing, or selling the NGC system for the term of the '718 patent.  *Id.*  Counsel for GE requested a response by the close of business on September 8, 2014.  *Id.*  As of the filing of this Amended Notice of Motion and Motion, counsel for GE had not received a response from Bio-Rad to its September 2 correspondence.  *Id.* ¶ 16.

For these reasons, as well as those set forth more fully in the accompanying memorandum of law, GE asks that its Motion for a Preliminary Injunction be granted.

Dated:  September 10, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Matthew T. Salzmann
　　　　　　　　　　　　　　　　　　　　　Matthew T. Salzmann
　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER LLP
　　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY  10022-4690
　　　　　　　　　　　　　　　　　　　　　Telephone:  +1 212 715 1000
　　　　　　　　　　　　　　　　　　　　　Facsimile: +1 212 715 1399
　　　　　　　　　　　　　　　　　　　　　matthew.salzmann@aporter.com

　　　　　　　　　　　　　　　　　　　　　　*Of counsel:*
　　　　　　　　　　　　　　　　　　　　　Matthew Wolf
　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER LLP
　　　　　　　　　　　　　　　　　　　　　555 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　Telephone: +1 202 942 5000
　　　　　　　　　　　　　　　　　　　　　Facsimile: +1 202 942 599
　　　　　　　　　　　　　　　　　　　　　Matthew.Wolf@aporter.com

　　　　　　　　　　　　　　　　　　　　　Jennifer Sklenar
　　　　　　　　　　　　　　　　　　　　　Ryan M. Nishimoto
　　　　　　　　　　　　　　　　　　　　　Kristen L. Johns
　　　　　　　　　　　　　　　　　　　　　ARNOLD & PORTER LLP
　　　　　　　　　　　　　　　　　　　　　777 South Figueroa Street, 44th Floor
　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90017-5844
　　　　　　　　　　　　　　　　　　　　　Telephone: + 1 213.243.4000
　　　　　　　　　　　　　　　　　　　　　Facsimile: +1 213.243.4199
　　　　　　　　　　　　　　　　　　　　　Jennifer.Sklenar@aporter.com
　　　　　　　　　　　　　　　　　　　　　Ryan.Nishimoto@aporter.com
　　　　　　　　　　　　　　　　　　　　　Kristen.Johns@aporter.com

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　GE Healthcare Bio-Sciences AB
　　　　　　　　　　　　　　　　　　　GE Healthcare Bio-Sciences Corporation
　　　　　　　　　　　　　　　　　　　General Electric Company