IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

GE HEALTHCARE BIO-SCIENCES AB, GE HEALTHCARE BIO-SCIENCES CORPORATION, and GENERAL ELECTRIC COMPANY,

Plaintiffs,

v. Civil Action No. 14-CV-7080-LTS

BIO-RAD LABORATORIES, INC.,

Defendant.

---

VIDEOTAPED DEPOSITION OF

BRUCE KENT GALE, Ph.D.

December 12, 2014

9:14 A.M.

Arnold & Porter LLP

3 Embarcadero Center, 10th Floor

San Francisco, California 94111

REPORTED BY: INGRID SKOROBOHATY, CSR NO. 11669

Job No. 246963

So in the -- where it says -- and this is at line -- this is in paragraph 61 of your declaration:

"The patentee also stated that Mourtada did not disclose separation of fluidic and non-fluidic sections of the" cassette.

It's your opinion that that cannot be read to mean a single fluidic section from a single non-fluidic section, correct?

MR. BAUMLI: Objection: Form.

THE WITNESS: There may be multiple ways to read that. I -- it doesn't specify, I guess, which way it reads.

BY MS. SKLENAR:

Q. Okay.

Did the pat -- did the patentee ever state, in discussing Mourtada, whether or not the panel member may include electronics?

MR. BAUMLI: Objection: Form.

THE WITNESS: I don't recall a discussion along those lines.

MS. SKLENAR: So let me mark, as Exhibit 8, U.S. Patent 5,766,460.

(Exhibit 8 marked.)

BY MS. SKLENAR:
Q. In what way?
A. Well, you have to have flow that comes into the valve and leaves the valve, presumably.
Q. Are there electronics in a pH valve?
MR. BAUMLI: Objection: Form.
THE WITNESS: Not necessarily. Well, there has to be an electronic component somewhere to turn the valve on and off.
BY MS. SKLENAR:
Q. What's a pH probe?
MR. BAUMLI: Objection: Form.
THE WITNESS: A pH probe is a device that measures pH.
BY MS. SKLENAR:
Q. Does it include electronics?
MR. BAUMLI: Objection: Form.
THE WITNESS: The term "probe" typically uses electronics.
BY MS. SKLENAR:
Q. If you look at Figure 1 of the '718 patent, do you see a pH valve?
A. Sorry. Say that one more time.
Q. Yes.
If you look at Figure 1 of the '718 patent, do

you see a pH valve?
MR. BAUMLI: Objection: Form.
THE WITNESS: I can't remember which one was the pH valve. It's No. 17.
BY MS. SKLENAR:
Q. Correct.
So you see a pH valve --
A. Yes.
Q. -- in Figure 1, correct?
A. I do.
Q. Okay.
Do you see a pH probe as part of the pH valve in Figure 1?
MR. BAUMLI: Objection: Form.
THE WITNESS: I do.
BY MS. SKLENAR:
Q. And could I ask you to shade in where you see the pH probe with this red pencil I'm about to slide over to you?
A. The -- I mean, the specification's certainly not clear on what part of this is the probe. Typically the pH valve -- sorry -- the pH probe sticks out of the valve.
Q. So you said earlier -- I said, "Do you see a pH probe as part of the pH valve?" You said, "I do."

What part were you thinking of?
A. This part sticking out of the top.
Q. Could you just either circle it or shade it or some way denote it so I can understand what you're referring to?
A. Okay.
Q. May I see what you've circled? Okay.
Can you just put your initials next to what you've circled?
A. I guess a comment: The -- this pH valve -- you asked about a pH probe, but there are multiple ways to measure pH. I just wanna make that clear, that there's lots of ways to measure pH that don't require electronics.
Q. Okay. I'm gonna move to strike that as nonresponsive. Not to be rude, but --
A. Sure.
Q. May I see? Okay.
Can you take a look at Claim 17 of the '718 patent?
A. Yes.
Q. Okay.
Do you see how it says, "The liquid chromatography system according to Claim 16, wherein the interchangeable modular components include at

applicant's -- strike that.
Is there anything you saw in the examiner's statements as part of the notice of allowability that would suggest to you to the examiner thought that the applicants had narrowed their claims beyond what was written in Claim 1?
MR. BAUMLI: Objection: Form.
THE WITNESS: The -- I mean, the examiner allowed these claims, and whatever -- I don't see anything that says that they would have been narrower than what's in the claims per se, no.
MS. SKLENAR: Okay.
Why don't we break for lunch, okay?
THE VIDEOGRAPHER: We are now going off the video record. The time is 12:29 p.m.
* * *
(Luncheon recess taken 12:29 to 1:32 p.m.)
* * *
THE VIDEOGRAPHER: We are now back on the video record. The time is 1:32 p.m.
BY MS. SKLENAR:
Q. Welcome back, Dr. Gale.
A. Thank you.
Q. Did you talk to Bio-Rad's counsel during the break about the substance of your testimony so far?

A. I did -- I had a question for them. I realized I had made a mistake on the probe question, and in particular there's no -- the word "probe," for example, doesn't show up anywhere in the document, in the patent itself, and the -- because of that, you know, I had identified a probe that essentially doesn't exist. It's not specified in the patent anywhere, and I'd like to correct that. Well, that's basically what I did. I asked 'em how do I correct that, and --

Q. And if I understand your testimony you wanna correct it because the word "probe" doesn't appear in the patent?

A. That's correct.

When you asked me what -- so the only word that appears is "pH valve," right, and a pH valve, first of all, doesn't require that there's a sensor there. That sensor could be anywhere. And then, beyond that, the pH valve itself doesn't require an electronic probe at all. For example, there's lots of other ways that you can measure that. And so I went to the point of circling the probe location, that was clearly an error on my part, and so I'd like to take the opportunity to essentially correct that in the figure.

MS. SKLENAR: Well, I think your testimony is in the record, and if your counsel wants you to do

anything with respect to the figure, I think they can try to do that on redirect.

Is that fair?

MR. BAUMLI: He's -- he's allowed to correct his answers. You asked the question. Please let him finish.

MS. SKLENAR: He stated his position on the record.

MR. BAUMLI: He said he would like to correct it.

BY MS. SKLENAR:

Q. What would you like to do?

A. I'd just like to mark that this circle is incorrect.

Q. Okay.

A. That it does not disclose the presence of a probe. All it discloses is the presence of a pH valve. So that's the concern that I had and was driving me nuts that it clearly didn't disclose that. I'm trying to figure out how to correct that.

Q. So you're looking at Figure 1, correct?

A. That's correct.

Q. Okay.

You say all it does is show a valve?

A. It shows a pH valve. 17 is labeled as a pH

valve.

Q. Is there anything that you see attached or as part of the pH valve?

MR. BAUMLI: Objection: Form.

THE WITNESS: There's just the pH valve there.

BY MS. SKLENAR:

Q. Right.

But what was the -- what do you think that part is that you had previously shaded in as red?

MR. BAUMLI: Objection: Form.

THE WITNESS: The -- it doesn't say. That's the part that was confusing to me that -- I mean, there's nothing that's there.

BY MS. SKLENAR:

Q. But it's clearly a part in addition to the valve itself, correct?

MR. BAUMLI: Objection: Form.

THE WITNESS: It's a part of the valve. That's all that's clearly there.

BY MS. SKLENAR:

Q. But is it your testimony now that what you previously circled and indicated as the pH probe is only a valve?

MR. BAUMLI: Objection: Form.

THE WITNESS: That part there is -- is -- it

says it's a pH valve. It doesn't say anywhere else that there's a probe or any other component that has to be there.

BY MS. SKLENAR:

Q. But to be clear, it says that 17 is a pH valve, correct?

A. Correct.

Q. Okay.

And what you had previously circled in red is something that's attached to the pH valve, 17, correct?

MR. BAUMLI: Objection: Form.

THE WITNESS: There's -- there's parts on there, and it's not clear if that part is a probe, part of the valve, part of the mechanism. It's not clear, and it's not described in the patent as to what it is.

MS. SKLENAR: Okay.

MR. BILSKER: I'm just gonna try to turn on the lights here. I just wanna make sure that I'm not interrupting anyone.

MR. BAUMLI: There's two lights here that are off.

BY MS. SKLENAR:

Q. Okay. So I'd like to turn now to the Applikon system.

A. Sure.