# McGRAW-HILL CONCISE ENCYCLOPEDIA OF CHEMISTRY

McGraw-Hill

New York Chicago San Francisco Lisbon London Madrid Mexico City
Milan New Delhi San Juan Seoul Singapore Sydney Toronto

The McGraw-Hill Companies

QD4
.M34
2004

**Library of Congress Cataloging in Publication Data**

McGraw-Hill concise encyclopedia of chemistry.
p. cm.
Includes index
ISBN 0-07-143953-6
1. Chemistry—Encyclopedias. I. Title: Concise encyclopedia of chemistry.

QD4.M34 2004
540.3—dc22 2004049906

This material was extracted from the *McGraw-Hill Encyclopedia of Science & Technology*, Ninth Edition, © 2002 by The McGraw-Hill Companies, Inc. All rights reserved.

McGRAW-HILL CONCISE ENCYCLOPEDIA OF CHEMISTRY, copyright © 2004 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 DOC/DOC 0 9 8 7 6 5 4

This book was printed on acid-free paper.

It was set in Helvetica Black and Souvenir by TechBooks, Fairfax, Virginia.

The book was printed and bound by RR Donnelley, The Lakeside Press.

# CONTENTS

**Staff** .......... iv
**Consulting Editors** .......... v
**Preface** .......... vii
**Organization of the Encyclopedia** .......... viii
**Articles, A–Z** .......... 1–609
**Appendix** .......... 611–636
Bibliographies .......... 613
Equivalents of commonly used units for the U.S. Customary System and the metric system .......... 617
Conversion factors for the U.S. Customary System, metric system, and International System .......... 618
Defining fixed points of the International Temperature Scale of 1990 (ITS-90) .......... 622
Primary thermometry methods .......... 623
Principal spectral regions and fields of spectroscopy .......... 624
Recommended values (2002) of selected fundamental constants .......... 625
Electromagnetic spectrum .......... 626
Standard atomic weights .......... 627
Biographical listing .......... 629
**Contributors** .......... 637–647
**Index** .......... 648–663

In general, the markets for lignin products are not large or attractive enough to compensate for the cost of isolation and the energy derived from its burning. An exception is lignosulfonate, which is obtained during paper production either directly from sulfite pulping liquors or by sulfonation of acid-precipitated kraft lignin; its markets include a dispersant in carbon black slurries, clay products, dyes, cement, oil drilling muds, an asphalt emulsifier, a binder for animal feed pellets, a conditioner for boiler water or cooling water, and an additive to lead-acid storage battery plate expanders. *See* WOOD CHEMICALS. [D.R.D.]

**Liquid** A state of matter intermediate between that of crystalline solids and gases. Macroscopically, liquids are distinguished from crystalline solids in their capacity to flow under the action of extremely small shear stresses and to conform to the shape of a confining vessel. Liquids differ from gases in possessing a free surface and in lacking the capacity to expand without limit. On the scale of molecular dimensions liquids lack the long-range order that characterizes the crystalline state, but nevertheless they possess a degree of structural regularity that extends over distances of a few molecular diameters. In this respect, liquids are wholly unlike gases, whose molecular organization is completely random.

Liquids possess important transport properties, notably their capacity to transmit heat (thermal conductivity), to transfer momentum under shear stresses (viscosity), and to attain a state of homogeneous composition when mixed with other miscible liquids (diffusion). These nonequilibrium properties of liquids are well understood in macroscopic terms and are exploited in large-scale engineering and chemical-process operations. *See* GAS. [N.H.N.]

**Liquid chromatography** A method of chemical separation that involves passage of a liquid phase through a solid phase and relies on subtle chemical interactions to resolve complex mixtures into pure compounds. A small amount of the sample to be separated is injected onto the top of a column that is densely packed with spherical particles of small diameter, that is, the stationary phase. A liquid solvent, the mobile phase, flows through the column continuously to carry the sample from the top to the bottom of the column. During passage through the column, the components of the sample are transferred back and forth continuously between the two phases, and small thermodynamic differences in the chemical interactions of the various sample components with the mobile and stationary phases slow the passage of some solutes more than others and lead to their separation. The technique can be performed on very small scales for chemical analysis, dealing with micrograms or even nanograms of sample, or it can be performed on an industrial scale for purification of commercial products. The technique has great resolving power.

In the late 1960s, workers realized that to achieve maximum performance they needed to make the stationary-phase particles very small. As the stationary-phase particles became smaller, they packed too densely to permit gravity-driven flow of the mobile phase. It was necessary to force the mobile phase through the column under high pressure, and the technique was named high-pressure liquid chromatography (HPLC). The meaning of the acronym has been changed to high-performance liquid chromatography, for the elegant separations that are possible. Typical stationary-phase particles are monodisperse, macroporous silica particles either 3 or 5 micrometers in diameter, and the column lengths for analytical scale separations are on the order of 2–10 in. (5–25 cm), with inside diameters of about 0.16 in. (4 mm). The columns are made of stainless steel, which is relatively inert chemically and able to withstand the high pressures applied to the top of the column. Since these columns require

pressures of a few hundred to a few thousand pounds per square inch, depending on the mobile-phase flow velocity desired, a high-pressure metering pump is an integral part of a modern liquid chromatograph. Most instruments include a means of performing gradient elution, that is, making a continuous change in the composition of the liquid mobile phase during the separation process. Gradient elution can be performed by using a separate pump for each solvent and changing the relative proportions during the separation, or by using a proportioning valve between the solvent reservoirs and the pump. An injector valve is used to introduce a small volume of sample, typically 5–100 microliters, onto the top of the column without interrupting the mobile-phase flow. These valves can be operated manually, or they can be programmed to perform injections from a tray of samples for routine analyses. After the sample traverses the column, a flow-through detector is employed to generate the chromatogram, which is the visual representation of the separation. Detectors can provide both quantitative and qualitative information about the separated components. Temperature control of the column and detector is important; they are generally operated at or near room temperature, and temperature fluctuations can adversely affect the reproducibility of the separation and detection steps.

Liquid chromatography very much depends on the highly selective chemical interactions that occur in both the mobile and stationary phases. Rapid separations have become possible for compounds whose difference in free energy of transfer between the two phases is only a few calories per mole. Columns exhibiting virtually every type of possible selectivity exist, including selectivity by shape, charge, size, and optical activity. Additional selectivity can be generated through manipulations of the mobile phase; additives that interact with the solute in the mobile phase can create unique selectivities in columns that do not normally show that type of selectivity.

In addition to facilitating chemical analysis, liquid chromatography can be used to obtain physicochemical information. Diffusion coefficients, kinetic parameters, critical micelle concentrations of surfactants, and other information have been estimated from chromatographic data. The most common application is the estimation of hydrophobic parameters, especially as models of biological or environmental partitioning processes (most frequently, of octanol-water partitioning). Bioavailability, bioaccumulation, soil sorption, and various other factors are estimated based on linear free-energy relationships. *See* CHROMATOGRAPHY. [J.G.D.]

**Liquid crystals** A state of matter that mixes the properties of both the liquid and solid states. Liquid crystals may be described as condensed fluid states with spontaneous anisotropy. They are categorized in two ways: thermotropic liquid crystals, prepared by heating the substance, and lyotropic liquid crystals, prepared by mixing two or more components, one of which is rather polar in character, for example, water. Thermotropic liquid crystals are divided, according to structural characteristics, into two classes, nematic and smectic.

**Nematic structure.** Nematic liquid crystals are subdivided into the ordinary nematic and the chiral-nematic (or cholesteric). The molecules in the ordinary nematic structure maintain a parallel or nearly parallel arrangement to each other along the long molecular axes (illus. *a*). They are mobile in three directions and can rotate about one axis. This structure is one-dimensional.

When the nematic structure is heated, it is generally transformed into the isotropic liquid where the completely disordered motion of the molecules produces a phase in which all directions are equivalent. The nematic structure is the highest-temperature mesophase in thermotropic liquid crystals. The energy required to deform a nematic